FILED
CLERK, U.S. DISTRICT COURT
JAN 10 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>　　　　　Defendants. | Case No. CV 11-5399 CBM(JC)<br><br>~~(PROPOSED)~~<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Second Amended Complaint, defendants' Motion to Dismiss the Second Amended Complaint ("Defendants' Motion"), all documents filed by the parties in connection with Defendants' Motion, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that (1) Defendants' Motion is granted except to the extent it is based on qualified immunity; (2) the Second Amended Complaint is dismissed without leave to amend; and (3) Judgment be entered accordingly.

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2  Report and Recommendation, and the Judgment herein on plaintiff and on
3  counsel for defendants.
4  IT IS SO ORDERED.

6  DATED: 1/10/2013   _____
7  HONORABLE CONSUELO B. MARSHALL
   SENIOR UNITED STATES DISTRICT JUDGE

2