FILED
CLERK, U.S. DISTRICT COURT
JAN 10 2013
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br>　　　　　Plaintiff,<br>　　v.<br>LOS ANGELES COUNTY, et al.,<br>　　　　　Defendants. | Case No. CV 11-5399 CBM (JC)<br><br>~~(PROPOSED)~~  *CBM*<br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative Second Amended Complaint is dismissed without leave to amend.

DATED: 1/10/2013

*/s/ Consuelo B. Marshall*
HONORABLE CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE